## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

JOHN J. WILSON, JR.,

      Plaintiff,

v.                                                              Case No. 3:25cv20-MCR-HTC

RICKY DIXON, et al.,

      Defendants.

_____/

### ORDER

      The Magistrate Judge issued a Report and Recommendation dated January 16, 2025 (ECF No. 4).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of all timely filed objections.

      Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.    The Magistrate Judge's Report and Recommendation (ECF No. 4) is adopted and incorporated by reference in this Order.

2.      This case is DISMISSED WITHOUT PREJUDICE because: (1) Wilson is a three-striker under 28 U.S.C. § 1915(g) who has neither paid the filing fee nor alleged he is in imminent danger of serious physical injury; and (2) Wilson failed to truthfully disclose his litigation history, which is malicious under 28 U.S.C. § 1915A(b)(1).

3.      Plaintiff's Motion for Leave to Add New Evidence (ECF No. 8) is DENIED as moot.

3.      The Clerk is directed to close the file.

**DONE AND ORDERED** this 24th day of April 2025.


_M. Casey Rodgers_
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**